WILLIAM RESNICK, Suing on Behalf of Himself and All Other Stockholders of HEARN DEPARTMENT STORES, INC., Similarly Situated, v. HEARN DEPARTMENT STORES, INC., et al.— Motion for leave to appeal to the Court of Appeals denied,

with ten dollars costs. [See *ante*, p. 756.] Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.